UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Robert C. Ezeani,

Plaintiff,

v.

Loeding et al.,

Defendants.

Civil No. 00-1292 DDA/FLN

**ORDER**

---

ROBERT C. EZEANI, Pro se.
TIMOTHY SKARDA, Minneapolis City Attorney, for Defendants.

---

**THIS MATTER** came for a hearing before the undersigned United States Magistrate Judge on March 5, 2001, on Plaintiff's Motion to Compel Depositions and for Sanctions [#11].

Based upon the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that Plaintiff's Motion to Compel Depositions and for Sanctions [#11] is **GRANTED in part** and **DENIED in part** as follows:

1. Insofar as the Motion seeks to compel depositions, it is **GRANTED**. Officers Loeding and Illetschko's depositions will occur on March 23, 2001, at 11:30 a.m. and 1:30 p.m., respectively, at the Minneapolis City Attorney's Office;

2. Insofar as the Motion pertains to Plaintiff's request for sanctions and costs, it is **DENIED**.

DATED: March 26, 2001

FRANKLIN L. NOEL
Chief Magistrate Judge

3-27-01
CLERK