UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Robert C. Ezeani,

Plaintiff,

v.

Loeding et al.,

Defendants.

Civil No. 00-1292 DDA/FLN

**ORDER**

---

ROBERT C. EZEANI, Pro se.
TIMOTHY SKARDA, Minneapolis City Attorney, for Defendants.
JIM HELLING, Esq., for Respondents.

---

**THIS MATTER** came for a hearing before the undersigned United States Magistrate Judge on May 14, 2001, on Plaintiff's Motion to Compel [#15].

Based upon the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that Plaintiff's Motion to Compel [#15] is **GRANTED** as follows:

1. Mr. Mathew Copeland and Mr. Scott Ostrom will provide the information sought pursuant to two subpoenas issued on April 12, 2001.

DATED: May 22, 2001

FRANKLIN L. NOEL
Chief Magistrate Judge

FILED MAY 22 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD________
DEPUTY CLERK________