# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Robert C. Ezeani

Plaintiff

v.

Loeding and Illetschko; Robert K. Olson and the City of Minnespolis

Defendants

Case No. Civil 00-1292 DDA/FLN

**JUDGMENT IN A CIVIL CASE**

---

( ) **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

(X) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that Defendants' motion for summary judgment is granted in all respects. All claims against the Defendants in their official and individual capacities are dismissed with prejudice.

DATE: August 31, 2001

RICHARD D. SLETTEN, CLERK

Victoria Moralez

Victoria Moralez, Deputy Clerk