**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

ROBERT C. EZEANI,

Plaintiff,

v.

LOEDING and ILLETSCHKO, individually and as police officers of the City of Minneapolis; ROBERT K. OLSON, as Chief of Police of the City of Minneapolis; and, the CITY OF MINNEAPOLIS - employer (with JACKIE CHERRYHOMES, as City President),

Defendants.

Civil No. 00-1292 DDA/FLN

**RESPONSE**

---

Plaintiff in the above-entitled action has filed with the Court a document entitled "Acknowledgment of Judge Donald D. Alsop's Summary Judgment Letter" (Docket Entry No. 33). The document sets forth the Plaintiff's understandable disappointment and displeasure with this Court's Order of August 31, 2001, granting the Defendants' Motion for Summary Judgment (Docket Entry No. 31) and the ultimate Judgment of Dismissal (Docket Entry No. 32). The Court deems it inappropriate to further respond to the Plaintiff's inquiries as set forth in Plaintiff's most recent filing, except to refer Plaintiff to his right to appeal this Court's Order and Judgment to the United States Court of Appeals for the Eighth Circuit. *See* 28 U.S.C. § 1291; Fed. R. App. P. 3 & 4. Any such appeal must be taken no later than thirty (30) days from August 31, 2001, the date of the entry of final judgment. *See* 28 U.S.C. § 2107; Fed. R. App. P. 4.

DATED: September 24, 2001.

Donald D. Alsop

DONALD D. ALSOP, Senior Judge
United States District Court

FILED SEP 24 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ________
DEPUTY CLERK ________